**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02245-CMA-CBS

LESLIE GEARHART, Individually, as personal representative of the
Estate of Anthony Gearhart,

    Plaintiff,

v.

GUARANTEE TRUST LIFE INSURANCE COMPANY, and
INSURERS ADMINISTRATIVE CORPORATION,

    Defendants.
_____

**MINUTE ORDER GRANTING
STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
_____

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    The Stipulated Motion for Dismissal with Prejudice (Doc. # 7) is GRANTED. Each party to pay its own costs and attorneys' fees.

    DATED: October 22, 2009.